**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC LAGUARDIA, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:20-cv-02311-SDM-CMV |
| v. | : | Judge Sarah D. Morrison |
| DESIGNER BRANDS INC., *et al.*, | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please take notice effective March 11, 2022, Michael W. McTigue Jr. and Meredith C. Slawe, counsel for Defendants Designer Brands Inc. and DSW Shoe Warehouse, Inc. (collectively, "DSW"), are no longer affiliated with the law firm of Cozen O'Connor.  Mr. McTigue's and Ms. Slawe's new contact information is as follows:

Michael W. McTigue Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3529
Fax:  (917) 777-3529
Email:  michael.mctigue@skadden.com

Meredith C. Slawe
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3534
Fax:  (917) 777-3534
Email:  meredith.slawe@skadden.com

Dated: March 11, 2022

Respectfully submitted,

*/s/ Michael W. McTigue Jr.*
Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Counsel for Defendants Designer Brands Inc.
and DSW Shoe Warehouse, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: March 11, 2022

/s/ Michael W. McTigue Jr.
Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Counsel for Defendant Designer Brands Inc.*