**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ERIC LAGUARDIA, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:20-cv-02311-SDM-EPD |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| DESIGNER BRANDS INC., *et al.*, | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| Defendants. | : | |

## NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST FOR STAY OF LITIGATION

Plaintiffs Eric LaGuardia and Nicole Austin (collectively, "Plaintiffs") and Defendants Designer Brands Inc. and DSW Shoe Warehouse, Inc. (collectively "Defendants," and Plaintiffs and Defendants collectively, the "Parties") jointly notify the Court that the Parties have reached an agreement in principle to settle the claims in this lawsuit on a classwide basis. Plaintiffs intend to move for preliminary approval as soon as practicable. The Parties respectfully request that the Court cancel the hearing scheduled for January 5, 2024, and stay all pending litigation deadlines (including the simultaneous briefs due to be filed on December 21, 2023). If the Motion for Preliminary Approval has not been filed by February 1, 2024, the Parties shall file a status report with the Court.

Dated: December 20, 2023

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

ATTORNEYS FOR DEFENDANTS

*Andrew Shamis*

*Joshua Rockwell*

SHAMIS & GENTILE, P.A.
Andrew J. Shamis (trial attorney)
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: (305) 479-2299
Facsimile: (786) 623-0915
E-mail: ashamis@shamisgentile.com

ROCKWELL, LLC
Joshua D. Rockwell, Trial Attorney (0081107)
21 East State Street, Suite 200
Columbus, Ohio 43215
Telephone: (614) 315-1970
Email: jrockwell@lawrockwell.com

THE LAZZARO LAW FIRM
Anthony J. Lazzaro
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Telephone: (216) 696-5000
Facsimile: (216) 696-7005
E-mail: anthony@lazzarolawfirm.com

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
Kurt Wm. Hemr (*pro hac vice*)
Colm P. McInerney (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: michael.mctigue@skadden.com
        meredith.slawe@skadden.com
        kurt.hemr@skadden.com
        colm.mcinerney@skadden.com

LAKESHORE LAW CENTER
Jeffrey Wilens (*pro hac vice*)
18340 Yorba Linda Boulevard
Suite 107-610
Yorba Linda, California 92886
Telephone: (714) 854-7205
Facsimile: (714) 854-7206
E-mail: jeff@lakeshorelaw.org

NICHOLAS & TOMASEVIC, LLP
Craig M. Nicholas (*pro hac vice)*
Alex M. Tomasevic (*pro hac vice)*
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
E-mail: cnicholas@nicholaslaw.org
        atomasevic@nicholaslaw.org

THE SPENCER LAW FIRM
Jeffrey P. Spencer (*pro hac vice*)
2 Venture, Suite 220
Irvine, California 92618
Telephone: (949) 240-8595

Facsimile: (949) 377-3272
E-mail: jps@spencerlaw.net