# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Eric Laguardia, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:20-cv-2311 |
| Designer Brands, Inc., et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered pursuant to the Opinion and Order entered on August 11, 2025.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 8/11/25

CLERK OF COURT

*Signature of Clerk or Deputy*